UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ROBERT MYERS,<br><br>      Plaintiff,<br><br>vs.<br><br>SHAUN R. THOMPSON, et al.,<br><br>      Defendants. | Case No. CV-17-157-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

  IT IS ORDERED AND ADJUDGED that this action is DISMISSED in accordance with the Order issued on today's date.

  Dated this 13th day of December, 2018.

          TYLER P. GILMAN, CLERK

          By: /s/ A.S. Goodwin
          A.S. Goodwin, Deputy Clerk