IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| ROBERT MYERS, | CV 17–157–M–DLC–JCL |
| Plaintiff, | |
| vs. | ORDER |
| SHAUN R. THOMPSON (in his personal capacity), JON G. MOOG (in his personal capacity), MITCHELL D. HILL (in his personal capacity), JEFFREY H. LANGTON, HEATHER L. McGUYER (a/k/a Heather L. Portner and Heather Warila Portner), AMY SCOTT SMITH, and DOES 1–10, | |
| Defendants. | |

Before the Court is Plaintiff Robert Myers' objection to a non-dispositive order of United States Magistrate Judge Jeremiah C. Lynch awarding attorneys' fees to Defendants. Characteristically, Myers' objection ignores the legal standards and logical progression from analysis to conclusion and simply provides the Court with yet another reiteration of his meritless arguments. The Court reviews for clear error when a party objects to a non-dispositive order of a magistrate judge. *Grimes v. City and County of San Francisco*, 951 F.2d 236, 241 (9th Cir. 1991). This Court must defer to the magistrate's order unless it is clearly

-1-

erroneous or contrary to law. *Id.* Myers' objection wholly fails to show clear error in this instance. Accordingly,

IT IS ORDERED that Plaintiff's Objection (Doc. 67) is OVERRULED.

DATED this 24th day of April, 2019.

Dana L. Christensen, Chief Judge
United States District Court